JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Berry,<br><br>       Plaintiff,<br>vs.<br><br>Eunice Hee Oh, an individual; and Does 1-10,<br><br>       Defendant. | Case No.: 2:19-cv-05811-RGK-SK<br><br>*Hon. R. Gary Klausner*<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: 07/05/2019<br>Trial Date:   Not Calendared |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff William Berry's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Eunice Hee Oh, an Individual ("Defendant").

Dated: JAN 1 3 2020

Hon. R. Gary Klausner
Judge, United States Court
Central District of California

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE